# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00749-TSZ
# Internal Use Only

Eilers v. Menu Foods  
Assigned to: Hon. Thomas S. Zilly  
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 05/15/2007  
Jury Demand: None  
Nature of Suit: 195 Contract Product Liability  
Jurisdiction: Diversity

**Plaintiff**

**Teresa Eilers**  
*individually and on behalf of all others similarly situated*

represented by **Jeniphr A.E. Breckenridge**  
HAGENS BERMAN LLP  
1301 5TH AVE  
STE 2900  
SEATTLE, WA 98101  
206-623-7292  
Fax: 206-623-7292  
Email: jeniphr@hbsslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael David Myers**  
MYERS & COMPANY  
1809 7TH AVE  
STE 700  
SEATTLE, WA 98101  
206-398-1188  
Fax: FAX 398-1189  
Email: mmyers@myers-company.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**  
HAGENS BERMAN SOBOL SHAPIRO LLP  
1301 5TH AVE  
STE 2900  
SEATTLE, WA 98101  
206-623-7292  
Email: steve@hbsslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

Dockets.Justia.com

**Defendant**

**Menu Foods**
*a foreign corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | COMPLAINT against defendant Menu Foods (NO Summons(es) issued)(Receipt # SEA 9375), filed by Teresa Eilers. (Attachments: # 1 Civil Cover Sheet)(PM, ) (Entered: 05/18/2007) |
| 05/21/2007 | 2 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENTJoint Status Report due by 7/20/2007,FRCP 26f Conference Deadline is 7/6/2007.,Initial Disclosure Deadline is 7/20/2007. by Judge Thomas S. Zilly. (CH) (Entered: 05/21/2007) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By  S/Rhonda Stiles
      Deputy Clerk